# EXHIBIT 1

# FOIA Documents Search

Use the AND, OR and NOT fields to refine search results. Used together, these fields can refine your search results.

EXAMPLE:
The **AND** field generates results with all words entered, similar to a basic search. (AND: delicious).
The **OR** field generates results to include words separate from each other (OR: apples, oranges).
The **NOT** field will remove results matching specific terms (NOT: rotten). This combination of keywords will generate results for delicious apples or delicious oranges that are not rotten.

| AND | Francis and Koh | | Return to basic search |

| OR | Include any of these words… | NOT | Include none of these words… |

## Narrow your results:

No results found for your search.

**Type**

- [x] Procurement Contracts (0)
- [x] Office of Enrollment and Discipline Decisions (0)
- [x] Amicus Briefs (0)
- [x] Supreme Court Decisions of Interest (0)
- [x] Federal Circuit Decisions of Interest (0)
- [x] Trademark Extension of Time Requests (0)
- [x] Patent Extension of Time Requests (0)

Refine results

# FOIA Documents Search

(https://www.uspto.gov/)

**BROWSE BY TOPIC**

Patents (https://www.uspto.gov/patent)

Trademarks (https://www.uspto.gov/trademark)

Learning & Resources (https://www.uspto.gov/learning-resources)

About the USPTO (https://www.uspto.gov/about-us)

Glossary (https://www.uspto.gov/learning-and-resources/glossary)

Jobs (https://www.uspto.gov/careers)

Contact Us (https://www.uspto.gov/about-us/contact-us)

**ABOUT THIS SITE**

Accessibility (https://www.uspto.gov/using-usptogov/accessibility-uspto-website)

Privacy Policy (https://www.uspto.gov/privacy-policy)

Terms of Use (https://www.uspto.gov/terms-use-uspto-website)

Security (https://www.uspto.gov/about-us/security)

Systems Status (https://www.uspto.gov/blog/ebiz/)

Site Map (https://www.uspto.gov/sitemap)

**USPTO BACKGROUND**

Federal Activity Inventory Reform Act (FAIR) (https://www.uspto.gov/about-us/performance-and-planning/federal-activities-inventory-reform-fair-act)

Performance and Planning (https://www.uspto.gov/about-us/performance-and-planning)

Freedom of Information Act (https://www.uspto.gov/learning-and-resources/ip-policy/electronic-freedom-information-act-e-foia)

Information Quality Guidelines (https://www.uspto.gov/learning-and-resources/information-quality-guidelines)

**FEDERAL GOVERNMENT**

Regulations.gov (https://www.regulations.gov)

StopFakes.gov (https://www.stopfakes.gov)

USA.gov  (https://www.usa.gov)

Department of Commerce (https://www.commerce.gov)

Strategy Targeting Organized Piracy (https://www.uspto.gov/learning-and-resources/ip-policy/enforcement/strategy-targeting-organized-piracy-stop)

Case 8:23-cv-01712-PJM   Document 1-3   Filed 06/24/23   Page 4 of 6



Sign in    Lawyer Look Up          Cart

Keyword search

# Virginia Lawyer Directory

## Virginia Lawyer Search

| | |
|---|---|
| **Bar ID #** | 47058 |
| **First Name Contains** | Francis |
| **Last Name Contains** | Koh |
| **Status** | (Any) |
| **Type Equals** | (Any) |
| **Public Discipline** | (Any) |
| **Suspension Type** | (Any) |

FIND

## Terminology

**Not in good standing (NGS) —** Attorneys are placed in NGS status when their licenses are administratively suspended or when they are suspended or revoked for disciplinary reasons.

**In good standing (IGS) —** Attorneys with IGS status are permitted to practice law in the Commonwealth of Virginia.

To confirm that a person is eligible to practice law in Virginia, contact the VSB Membership Department at (804) 775-0530 or membership@vsb.org.

## Malpractice Insurance

| Bar ID # | Full Name | Class | Type | Status | Publicly Disciplined | Phone | Susp |
|---|---|---|---|---|---|---|---|
| 47058 | Francis Huisuk Koh | Active | Plenary | In Good Standing | No | | |

Each active member of the Virginia State Bar is required to certify annually whether he or she is engaged in the private practice of law and represents clients. Each also is required to certify whether he or she has malpractice insurance.

# Lawyer Does Not Have Malpractice Insurance Search

**First Name Contains**

**Last Name Contains**

**Bar ID #**

FIND

Please enter your search criteria to view results

Case 8:23-cv-01712-PJM   Document 1-3   Filed 06/24/23   Page 6 of 6

## Contact Numbers

All Departments   (804) 775-0500

Voice/TTY   711 or (800) 828-1120

  

## Office Hours

Mon thru Fri 8:15am to 4:45pm

(excluding holidays)

The Clerk's Office does not accept filings after 4:45pm

## Address and Directions

1111 East Main Street, Suite 700

Richmond, Virginia   23219-0026

DIRECTIONS

© Virginia State Bar

Privacy Policy  |  Disaster Resources  |  Virginia Freedom of Information Act