# EXHIBIT 2

Seller is abusive attorney, hence declined and Name - **Francis H. Koh**

Thank you for selling with Amazon,

Jagadeesh V.
Amazon.com Seller Support
==========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=11767564351

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.