# EXHIBIT 3



Francis Koh <fkohmail@gmail.com>

## 97745133 GOFWARD
2 messages

**Sandy** <sales08@dspringgroup.com>                                               Mon, Apr 10, 2023 at 10:11 PM
Reply-To: Sandy <sales08@dspringgroup.com>
To: KLFtrademarks <KLFtrademarks@gmail.com>, Francis Koh <fkohmail@gmail.com>
Cc: Sales06 <sales06@dspringgroup.com>

Hi Francis,
   Could you please let me know why the case you represented has been declined on Amzon?

Trademark name：GOFWARD,
No.：97745133
Class：26


Hello from Amazon Brand Registry,

We are writing to inform you that your enrollment request Case ID: 12390454141 for Brand GOFWARD for BR Enrollment Application has been declined.

Why is this happening?

As a part of the enrollment process, a detailed investigation was conducted based on the (i) information available in our internal systems and (ii) information and documents provided by you. After carefully reviewing the information and documents, we have concluded that the brand/user is currently ineligible for Brand Registry since the trademark (TM) registration was filed by an attorney who has previously being associated with a TM that was sanctioned/made invalid by the United States Patent and Trademark Office (USPTO) for violating USPTO's Terms & Conditions.

What is the next step?

In order to move forward, you will need to file a new trademark with an attorney who has not been associated with any abusive/risky conduct in the past. You may reapply for Brand Registry with


Best regards
Sandy
Your success is our business!

Dspring Limited
Mobile: + 86- 18802017101
Email: sales08@dspringgroup.com

---------------------------------------------------------------
From:TEAS <TEAS@uspto.gov>
Send Time:2023年1月7日(星期六) 13:43
To:KLFtrademarks <KLFtrademarks@gmail.com>; Sandy <Sales08@dspringgroup.com>
Subject:DS Spring Serial Number 97745133: Received Your Trademark/Service Mark Application, Principal Register

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** GOFWARD (Standard Characters, mark.jpg)
The literal element of the mark consists of GOFWARD. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97745133'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.**  Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the application appears below:**

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**

*NOTE: Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |

Case 8:23-cv-01712-PJM   Document 1-5   Filed 06/24/23   Page 5 of 11

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | mark.jpg |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | GOFWARD |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Zhengzhou Xize Trading Co., Ltd |
| INTERNAL ADDRESS | No.41,5/F,Unit 1,Bldg 1,Hongsen |
| *MAILING ADDRESS | Compound,No.32,Jinsuo Rd,High-Tech IDZ, |
| *CITY | Zhengzhou,Henan |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 450001 |
| PHONE | +86-18218841617 |
| *EMAIL ADDRESS | Sales08@dspringgroup.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 026 |

Case 8:23-cv-01712-PJM   Document 1-5   Filed 06/24/23   Page 6 of 11

| Input Field | Entered |
|---|---|
| **\*IDENTIFICATION** | Wigs; Artificial flowers; Bobby pins; False hair; Hair bands; Hair extensions; Hair nets; Heat adhesive patches for repairing textile articles; Human hair; Trimmings for clothing |
| **\*FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/20/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/20/2022 |
| SPECIMEN FILE NAME(S) | SPE0-10317855211-20230106 043126517844_.___32593__ _ 39029___25130___22270_.pd |
| | SPE0-10317855211-20230106 043126517844_._False_hai r .pdf |
| | SPE0-10317855211-20230106 043126517844_._order_1_.j pg |
| | SPE0-10317855211-20230106 043126517844_._False_hai r __1_.jpg |
| | SPE0-10317855211-20230106 043126517844_._False_hai r __2_.jpg |
| | SPE0-10317855211-20230106 043126517844_._False_hai r __3_.jpg |
| | SPE0-10317855211-20230106 043126517844_._False_hai r __4_.jpg |
| | SPE0-10317855211-20230106 043126517844_._False_hai r __5_.jpg |
| SPECIMEN DESCRIPTION | Digitally-photographed False hair, featuring the actual goods displaying Applicant's mark as currently used in U.S. commerce for the goods described herein |
| WEBPAGE URL | https://www.kccchoice.com/products/gofward-false-hair |
| WEBPAGE DATE OF ACCESS | 12/20/2022 |

**ADDITIONAL STATEMENTS SECTION**

| | |
|---|---|
| **\*TRANSLATION**<br>(if applicable) | The wording GOFWARD has no meaning in a foreign language. |
| **\*TRANSLITERATION**<br>(if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION**<br>(if applicable) | |
| **\*CONSENT (NAME/LIKENESS)**<br>(if applicable) | |

| Input Field | Entered |
|---|---|
| **\*CONCURRENT USE CLAIM**<br>(if applicable) | |
| **SIGNIFICANCE OF MARK** | GOFWARD appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. |
| **SIGNIFICANCE OF MARK** | The word(s) GOFWARD has no meaning in a foreign language. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Francis H. Koh |
| **ATTORNEY DOCKET NUMBER** | DS Spring |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 47058 |
| **YEAR OF ADMISSION** | 2001 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Virginia |
| **FIRM NAME** | Koh Law Firm, LLC. |
| **STREET** | 4800 Hampden Lane, Ste. 200 |
| **CITY** | Bethesda |
| **STATE** | Maryland |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 20814 |
| **PHONE** | 301-881-3600 |
| **FAX** | 1-888-252-6616 |
| **EMAIL ADDRESS** | KLFtrademarks@gmail.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Francis H. Koh |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | KLFtrademarks@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | Sales08@dspringgroup.com |

Case 8:23-cv-01712-PJM   Document 1-5   Filed 06/24/23   Page 8 of 11

| Input Field | Entered |
|---|---|
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| ***TOTAL FEES DUE** | 250 |
| ***TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***SIGNATORY FILE** | hw_10317855211-043126517_ ._Liu_Xiangqian.pdf |
| ***SIGNATORY'S NAME** | Liu Xiangqian |
| ***SIGNATORY'S POSITION** | Principal |
| **SIGNATURE METHOD** | Handwritten |

Case 8:23-cv-01712-PJM   Document 1-5   Filed 06/24/23   Page 9 of 11

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 97745133
Filing Date: 01/07/2023

## To the Commissioner for Trademarks:

The applicant, Zhengzhou Xize Trading Co., Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of
   No.41,5/F,Unit 1,Bldg 1,Hongsen Compound,No.32,Jinsuo Rd,High-Tech IDZ,
   Zhengzhou,Henan 450001
   China
   +86-18218841617(phone)
   Sales08@dspringgroup.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 026:  Wigs; Artificial flowers; Bobby pins; False hair; Hair bands; Hair extensions; Hair nets; Heat adhesive patches for repairing textile articles; Human hair; Trimmings for clothing

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 026, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 11/20/2022, and first used in commerce at least as early as 11/20/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Digitally-photographed False hair, featuring the actual goods displaying Applicant's mark as currently used in U.S. commerce for the goods described herein.
Specimen-1 [SPE0-10317855211-20230106 043126517844_.___32593___ 39029___25130___22270_.pdf ]
Specimen-2 [SPE0-10317855211-20230106 043126517844_._False_hair.pdf ]
Specimen-3 [SPE0-10317855211-20230106 043126517844_._order_1_.jpg ]
Specimen-4 [SPE0-10317855211-20230106 043126517844_._False_hair __1_.jpg ]
Specimen-5 [SPE0-10317855211-20230106 043126517844_._False_hair __2_.jpg ]

Specimen-6 [SPE0-10317855211-20230106 043126517844_._False_hair __3_.jpg ]
Specimen-7 [SPE0-10317855211-20230106 043126517844_._False_hair __4_.jpg ]
Specimen-8 [SPE0-10317855211-20230106 043126517844_._False_hair __5_.jpg ]

Webpage URL: https://www.kccchoice.com/products/gofward-false-hair
Webpage Date of Access: 12/20/2022


**Translation**
The wording GOFWARD has no meaning in a foreign language.

**Significance of wording, letter(s), or numeral(s)**
GOFWARD appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance.

**Significance of wording, letter(s), or numeral(s)**
The word(s) GOFWARD has no meaning in a foreign language.


The owner's/holder's proposed attorney information: Francis H. Koh. Francis H. Koh of Koh Law Firm, LLC., is a member of the Virginia bar, admitted to the bar in 2001, bar membership no. 47058, is located at

   4800 Hampden Lane, Ste. 200
   Bethesda, Maryland 20814
   United States
   301-881-3600(phone)
   1-888-252-6616(fax)
   KLFtrademarks@gmail.com

The docket/reference number is DS Spring.
Francis H. Koh submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.


 The applicant's current Correspondence Information:
   Francis H. Koh
   PRIMARY EMAIL FOR CORRESPONDENCE: KLFtrademarks@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): Sales08@dspringgroup.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

## Declaration

**Declaration Signature** The attached signature image file:

hw_10317855211-043126517_._Liu_Xiangqian.pdf

Signatory's Name: Liu Xiangqian
Signatory's Position: Principal
Signatory's Phone Number: Not Provided
Signature method: Handwritten

Thank you,

The TEAS support team
Sat Jan 07 00:42:57 ET 2023
STAMP: USPTO/FTK-173.79.110.200-20230107004257766592-97745133-860e9afb576f6caa5c0acb1ef45bf6f963f9c16e0a3939b53a49b0db7e6b 54d0f8-CC-42562105-20230107004108867538

**Francis Koh** <fkohmail@gmail.com>  Mon, Apr 10, 2023 at 10:15 PM
To: "Brad M. Behar" <bbehar@beharlawfirm.com>, Demands Admin 3 <DemandsAdmin3@dwt.com>

Please see the email forwarded from Amazon below sent by the client.

Francis H. Koh
Attorney At Law
Koh Law Firm, LLC.
4800 Hampden Lane, Suite 200
Bethesda, MD 20814

www.kohlawfirm.com

tel. 301-881-3600
fax 1-888-252-6616

The information in this e-mail is intended only for the individual or entity named above.  It may be legally privileged and confidential.  If you have received this information in error, notify us immediately by calling the number set above.  Send the original transmission to us by mail.  Return postage is guaranteed.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited.

[Quoted text hidden]