# EXHIBIT 4



Francis Koh <klftrademarks@gmail.com>

## Re: Re: List of rejected Amazon brand registry
1 message

**chris.h@ippmaster.com** <chris.h@ippmaster.com>                                   Mon, Feb 6, 2023 at 7:12 AM
To: Francis Koh <klftrademarks@gmail.com>

Hi Francis,
   Please find the attached picture show the reply of Amazon brand service.
We confirm that all our cooperation is under the rules of USPTO, Amazon has no reason to put your name on the list. We are very worry about this matter and we will keep touch with Amazon Brand team. I think you should fight for yourself and help those clients who can not apply for their brand registry. I suggest that we have a conversation, may I call you tomorrow for this matter?

> Hi,
>
> I'm afraid the information cannot be disclosed. The list is communicated to the internal teams by the Stake-Holders. For now the only way out is to apply for a new trademark with a different attorney.

Best regards,

chris.h@ippmaster.com

**From:** Francis Koh
**Date:** 2023-02-06 10:43
**To:** chris.h
**Subject:** Re: List of rejected Amazon brand registry
What abuse? All i do is process TMs.  The applicants are the ones who do things on Amazon, whatever they may be.

On Sun, Feb 5, 2023 at 9:32 PM <chris.h@ippmaster.com> wrote:
> Dear Francis,
>
>    Please find the list below for rejected Amazon brand registry, those brands are rejected for so-called attorney abusive. Please confirm with Amazon and help the client reinstate their brand registry applications, many thanks.

| Brand | Serial No. |
|---|---|
| SEAVITO | 97721583 |
| JoyWAX | 97683098 |
| Ivogdow | 97710941 |
| PeePeeCover | 97716385 |
| ECHENG | 97703316 |
| Samyard | 97724236 |
| Nutertriss | 97700979 |

> Best regards,
>
> chris.h@ippmaster.com