# EXHIBIT 5



**Francis Koh <fkohmail@gmail.com>**

## Matthew (Amazon Registry Issue)

**Devin Stall** <devin.stall15@gmail.com>                                                           Wed, Apr 12, 2023 at 5:14 PM
To: Francis Koh <fkohmail@gmail.com>, kohlawtm@gmail.com

Hi Francis,

As we discussed about a case of Mr. Matthew Folkes in reference to his Amazon Brand Registry that is not being able to fulfil the requirements in terms of trademark, here's what he has shared with us that potentially shows that there is a loophole from our side due to which - he's unable to complete the Amazon Brand Registry process. Please look at the customer's feedback and the message sent to him by the Amazon Team.

**Matthew:** Here is what Amazon said about why they keep rejecting : Hello from Amazon Brand Registry,
Your Brand Registry enrollment application has been rejected.
Why did this happen?
Please note that the USPTO requires foreign domiciled applicants or registrants to be represented by a U.S. licensed attorney. This rule was designed to improve the quality of trademark submissions by U.S. attorneys who are bound by ethical rules to follow the USPTO rules of professional conduct and their state bar codes of conduct. Attorneys suspected of misconduct may be investigated by the USPTO. If you are working through an intermediary, rather than directly with a US licensed attorney, to seek a US trademark registration or enrollment into brand registry, your application may be subject to additional scrutiny by Amazon and the USPTO. Before hiring an attorney or a trademark service company, check whether they are subject to an Order for Sanctions from the USPTO or listed as an entity on the Potentially Misleading Solicitations webpage. If you are concerned about the validity of your application or the conduct of any of the entities involved in your application, consult with a private U.S. attorney who is knowledgeable about trademark law (and not connected to any entity listed on the Order for Sanctions or Potentially Misleading Solicitations webpages) to evaluate your application. You can also go to Amazon IP Accelerator website to learn more on how it helps connect you with a curated network of trusted IP law firms

Why hire a Private Attorney: [https://www.uspto.gov/trademarks/basics/why-hire-private-trademark-attorney
US Licensed Attorneys required for foreign Trademark Applicants: [https://www.federalregister.gov/documents/2019/07/02/2019-14087/requirement-of-us-licensed-attorney-for-foreign-trademark-applicants-and-registrants
USPTO rule of Professional Conduct: [https://www.uspto.gov/trademarks/laws (https://www.uspto.gov/trademarks/laws)]
Trademark Decisions and Proceedings Search Tool: [https://www.uspto.gov/trademarks/protect/decisions-and-proceedings-search-tool (https://www.uspto.gov/trademarks/protect/decisions-and-proceedings-search-tool)]
Misleading Notices & Solicitations [https://www.uspto.gov/trademarks/protect/caution-misleading-notices (https://www.uspto.gov/trademarks/protect/caution-misleading-notices)
]

Amazon IP Accelerator: [
https://brandservices.amazon.com/ipaccelerator (https://brandservices.amazon.com/ipaccelerator)
]

Please let me know what you say on this. This needs to be resolved as soon as possible since it can raise objections to our credibility and put the business in jeopardy.

Case 8:23-cv-01712-PJM   Document 1-7   Filed 06/24/23   Page 3 of 3