# EXHIBIT 6

# KOH LAW FIRM, LLC.



**4800 HAMPDEN LANE, SUITE 200**
**BETHESDA, MD 20814**
**TEL: 301-881-3600**
**FAX: 1-888-252-6616**



| WRITER'S DIRECT NUMBER | WWW.KOHLAWFIRM.COM | WRITER'S E-MAIL ADDRESS |
|---|---|---|
| (301) 881-3600 | | fkoh@kohlawfirm.com |

February 13, 2023

Attn. Kory Hines  
Amazon Outside Counsel  
200 Park Avenue  
New York, NY 10166-0193

**BY E-MAIL**
**CONFIRMED BY MAIL**

RE: URGENT - Demand For Removal From "Abusive Attorney List"

Dear Amazon Seller Central and Amazon Legal Department,

    I have written to Amazon via email and your site portals regarding this issue.  My clients have informed me that Amazon is refusing to issue them Amazon Brand Registry Verification codes because you have placed me (Francis H. Koh) on your internal "Abusive Attorney" list.  Reading the communications from amazon forwarded by my clients, it appears Amazon even places attorneys on this list who are the attorney of record for trademark applications that are currently held "suspended" by the USPTO.  A trademark application can be suspended for numerous reasons and at no fault of the attorney.  No notice or communication was sent to me before placing me on this abusive list.

Please contact me as soon as possible to discuss these matters.  We have lost 75% of our Trademark business as a result of Amazon's refusal to provide the verification codes.  If no response or removal from your abusive list is made within **48 hours**, we will have no choice but to commence legal proceedings against Amazon for injunctive relief and monetary damages caused by placing us on the Abusive list, including but not limited to legal claims of defamation and tortious interference of business and unfair business and trade practices.  Thank you for your anticipated cooperation.

                                            Very Truly Yours,  
                                            Koh Law Firm

                                            /Francis Koh/

                                            Francis Koh  
                                            Attorney At Law

FK/