# EXHIBIT 7

Case 8:23-cv-01712-PJM   Document 1-9   Filed 06/24/23   Page 2 of 3



Francis Koh <fkohmail@gmail.com>

# Francis Koh / Amazon - Initial Response

**Demands Admin 3** <DemandsAdmin3@dwt.com>  Wed, Mar 1, 2023 at 12:52 PM
To: Francis Koh <fkoh@kohlawfirm.com>

Mr. Koh,

We are in receipt of the documents submitted below, and have included them in our investigation query.  We will be in touch as soon as we have information to relay.  Please understand, however, that these investigations may take 8-12 week to complete, though we will certainly be in touch if information comes in more quickly.

Thank you again for sending this information so quickly.

Sincerely,

Demands Team

**Demands Administrator 3** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Fax: (206) 757-7700
Email: demandsadmin3@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Francis Koh <fkoh@kohlawfirm.com>
**Sent:** Tuesday, February 21, 2023 9:51 AM
**To:** Demands Admin 3 <DemandsAdmin3@dwt.com>; Brad M. Behar <bbehar@beharlawfirm.com>
**Subject:** Re: Francis Koh / Amazon - Initial Response

Case 8:23-cv-01712-PJM   Document 1-9   Filed 06/24/23   Page 3 of 3

**[EXTERNAL]**

Hi,

[Quoted text hidden]
[Quoted text hidden]