# EXHIBIT 8

# *KOH LAW FIRM, LLC.*





**4800 HAMPDEN LANE, SUITE 200
BETHESDA, MD 20814
TEL: 301-881-3600
FAX:1-888-252-6616**

WRITER'S DIRECT NUMBER
(301) 881-3600

WWW.KOHLAWFIRM.COM

WRITER'S E-MAIL ADDRESS
fkoh@kohlawfirm.com

April 15, 2023

AMAZON BRAND REGISTRY TEAM/LEGAL DEPT.

**BY E-MAIL/PORTAL
COMM.**

RE:  Amazon Brand Registry/Attorney Qualification

Dear Amazon Brand Registry Team and Legal Department:

I am writing to affirm my status as a qualified attorney in good standing, authorized to practice before the United States Patent and Trademark Office (USPTO), and to seek your assistance in the enrollment process of my clients' trademarks in the Amazon Brand Registry.

I hold a valid license to practice law in the Common Wealth of Virginia, with Attorney Registration Number 47058. Attached as Exhibit A, Showing my certificate of good standing and a screenshot from the VA State Bar (web accessed date of April 14, 2023) showing my status as active.

As legal counsel for various Amazon sellers, I have represented them in trademark matters before the USPTO, handling prosecution and maintenance of trademark registrations. I ensure that my clients' trademark applications and registrations comply with all applicable laws and regulations, including those set forth by the USPTO, and provide guidance on brand protection in the e-commerce space. This often involves assisting my clients with enrolling their brands in the Amazon Brand Registry.

I recently learned that many of my clients' requests for enrollment in the Amazon Brand Registry have been declined, citing concerns about my qualifications to practice before the USPTO. These denials are based on a standard statement that the "brand/user is currently ineligible for Brand Registry since the trademark (TM) registration was filed by an attorney who has been previously associated with a TM that was sanctioned/made invalid by the United States Patent and Trademark Office (USPTO) for violating USPTO's Terms and Conditions." These allegations are false and baseless.

I want to clarify that I am currently qualified to practice before the USPTO and have never been disciplined by the USPTO. As per the public records of the USPTO's Office of Enrollment and Discipline ("OED"), which can be accessed online at https://foiadocuments.uspto.gov/oed, there are no disciplinary decisions against me. **Exhibit B** attached hereto is a screenshot of the OED decision search result for my name, confirming this fact.

*KOH LAW FIRM, LLC.*                                                              *Bethesda*

April 15, 2023
Page 2


Furthermore, I have no association with any USPTO sanction orders or any other administrative orders that have invalidated trademarks. The USPTO maintains a search tool for past administrative orders and sanctions at

 https://developer.uspto.gov/tm-decisions/search/administrative, and a precise search of my name (using "Francis Koh or Francis H. Koh" as the search term) does not reveal any sanction or administrative order, as evident from **Exhibit C** attached hereto. (I am aware that the search tool may return a sanction order if my name is searched without quotation marks, but further examination of such sanction order would confirm that I am not implicated in any way.)

**I believe that this letter sufficiently addresses any concerns about my qualifications to practice trademark law in the United States. It is important to note that the recent denials of my clients' requests for enrollment in the Amazon Brand Registry have caused damage to my professional reputation and have interfered with my legal representations. Therefore, I kindly request your full cooperation in reversing these denials and assisting my clients in enrolling their legitimate trademarks and brands in the Amazon Brand Registry**.

Thank you for your attention to this matter. Please do not hesitate to contact me if you require any further information or documentation.


          Very Truly Yours,
          Koh Law Firm

          /S/ /Francis Koh/

          Francis H. Koh
          Attorney At Law

FK/

# EXHIBIT
# A

# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT **FRANCIS HUISUK KOH** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.   **MR. KOH** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2001,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.*

*Issued October 13, 2021*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

Case 8:23-cv-01712-PJM   Document 1-10   Filed 06/24/23   Page 6 of 14



Sign in     Lawyer Look Up          Cart

Keyword search

# Virginia Lawyer Directory

## Virginia Lawyer Search

**Bar ID #**

47058

**First Name Contains**

Francis

**Last Name Contains**

Koh

**Status**

(Any)

**Type Equals**

(Any)

**Public Discipline**

(Any)

**Suspension Type**

(Any)

FIND

## Terminology

**Not in good standing (NGS) —**Attorneys are placed in NGS status when their licenses are administratively suspended or when they are suspended or revoked for disciplinary reasons.

**In good standing (IGS) —**Attorneys with IGS status are permitted to practice law in the Commonwealth of Virginia.

To confirm that a person is eligible to practice law in Virginia, contact the VSB Membership Department at (804) 775-0530 or membership@vsb.org.

## Malpractice Insurance

Case 8:23-cv-01712-PJM   Document 1-10   Filed 06/24/23   Page 7 of 14

| Bar ID # | Full Name | Class | Type | Status | Publicly Disciplined | Phone | Susp |
|---|---|---|---|---|---|---|---|
| 47058 | Francis Huisuk Koh | Active | Plenary | In Good Standing | No | | |

Each active member of the Virginia State Bar is required to certify annually whether he or she is engaged in the private practice of law and represents clients. Each also is required to certify whether he or she has malpractice insurance.

## Lawyer Does Not Have Malpractice Insurance Search

**First Name Contains**

**Last Name Contains**

**Bar ID #**

FIND

Please enter your search criteria to view results

Case 8:23-cv-01712-PJM   Document 1-10   Filed 06/24/23   Page 8 of 14

## Contact Numbers

All Departments   (804) 775-0500

Voice/TTY   711 or (800) 828-1120

  

## Office Hours

Mon thru Fri 8:15am to 4:45pm

(excluding holidays)

The Clerk's Office does not accept filings after

4:45pm

## Address and Directions

1111 East Main Street, Suite 700

Richmond, Virginia   23219-0026

DIRECTIONS

© Virginia State Bar

Privacy Policy  |  Disaster Resources  |  Virginia Freedom of Information Act

# EXHIBIT
# B

# FOIA Documents Search

Use the AND, OR and NOT fields to refine search results. Used together, these fields can refine your search results.

EXAMPLE:
The **AND** field generates results with all words entered, similar to a basic search. (AND: delicious).
The **OR** field generates results to include words separate from each other (OR: apples, oranges).
The **NOT** field will remove results matching specific terms (NOT: rotten). This combination of keywords will generate results for delicious apples or delicious oranges that are not rotten.

| AND | Francis and Koh | | **Return to basic search** |
|---|---|---|---|

| OR | Include any of these words… | NOT | Include none of these words… |
|---|---|---|---|

## Narrow your results:

No results found for your search.

**Type**

- ☑ Procurement Contracts (0)
- ☑ Office of Enrollment and Discipline Decisions (0)
- ☑ Amicus Briefs (0)
- ☑ Supreme Court Decisions of Interest (0)
- ☑ Federal Circuit Decisions of Interest (0)
- ☑ Trademark Extension of Time Requests (0)
- ☑ Patent Extension of Time Requests (0)

**Refine results**

# FOIA Documents Search

(https://www.uspto.gov/)

### BROWSE BY TOPIC

Patents (https://www.uspto.gov
/patent)

Trademarks
(https://www.uspto.gov
/trademark)

Learning & Resources
(https://www.uspto.gov/learning-
resources)

About the USPTO
(https://www.uspto.gov/about-us)

Glossary (https://www.uspto.gov
/learning-and-resources/glossary)

Jobs (https://www.uspto.gov
/careers)

Contact Us
(https://www.uspto.gov/about-
us/contact-us)

### ABOUT THIS SITE

Accessibility
(https://www.uspto.gov/using-
usptogov/accessibility-uspto-
website)

Privacy Policy
(https://www.uspto.gov/privacy-
policy)

Terms of Use
(https://www.uspto.gov/terms-
use-uspto-website)

Security (https://www.uspto.gov
/about-us/security)

Systems Status
(https://www.uspto.gov
/blog/ebiz/)

Site Map (https://www.uspto.gov
/sitemap)

### USPTO BACKGROUND

Federal Activity Inventory Reform
Act (FAIR) (https://www.uspto.gov
/about-us/performance-and-
planning/federal-activities-
inventory-reform-fair-act)

Performance and Planning
(https://www.uspto.gov/about-
us/performance-and-planning)

Freedom of Information Act
(https://www.uspto.gov/learning-
and-resources/ip-policy
/electronic-freedom-information-
act-e-foia)

Information Quality Guidelines
(https://www.uspto.gov/learning-
and-resources/information-
quality-guidelines)

### FEDERAL GOVERNMENT

Regulations.gov
(https://www.regulations.gov)

StopFakes.gov
(https://www.stopfakes.gov)

USA.gov   (https://www.usa.gov)

Department of Commerce
(https://www.commerce.gov)

Strategy Targeting Organized
Piracy (https://www.uspto.gov
/learning-and-resources/ip-policy
/enforcement/strategy-targeting-
organized-piracy-stop)

# EXHIBIT C





An official website of the United States government
A Here's how you know

# Trademark Decisions and Proceedings

Search administrative orders and sanctions metadata/attributes and document text

Search

Filter by

Clear

Date range

Party name(s)

Francis Koh

Apply

Document type

Precedential/Non-Precedential

## Administrative Orders and Sanctions

PARTY NAME(S): FRANCIS KOH ✕

**0 Results found**

Page updated: Apr 14, 2023, 10:59:08 AM EST

| + | Name | Date | Document type |
|---|---|---|---|

25

**Trademark Decisions and Proceedings**

| Francis H. Koh | Search |

**Filter by**                                                                          Clear

Date range  ⓘ                                                                              ⟩

Party name(s)  ⓘ                                                                           ⟩

Document type  ⓘ                                                                           ⟩

Precedential/Non-Precedential  ⓘ                                                           ⟩

## Administrative Orders and Sanctions

**0 Results found**                                          Page updated: Apr 14, 2023, 11:03:43 AM EST

| + | Name ↑↓ | Date ↓≡ | Document type ↑↓ |
| --- | --- | --- | --- |

《  ‹  ›  》   25 ⌄

BROWSE BY TOPIC                                                                            ▾

ABOUT THIS SITE                                                                            ▾

USPTO BACKGROUND                                                                           ▾

FEDERAL GOVERNMENT                                                                         ▾