# EXHIBIT 9

On Fri, Apr 21, 2023 at 12:20 PM Okeke, Benjamin <okekebo@amazon.com> wrote:

Hi XXXXXXX,


Thank you for surfacing this issue. We regret any negative impact this may have caused. On 3/28 we identified a gap in our internal evaluation of USPTO records that resulted in the erroneous rejection of some trademark applications within our Brand Registry enrollment process. Consequently, several newly-retained attorneys were incorrectly flagged as being party to the initial abusive behavior that caused those rejections. The issue has since been corrected. We are currently working quickly to expedite enrollment of affected applications.


Please feel free to pass this information along to any affected clients. Please also let me know if you'd like to talk further on this issue.


Thanks!

 Gmail

**Francis Koh <fkohmail@gmail.com>**

## URGENT: Amazon Brand Registry - Attorney Authorization Issues



On Thu, Apr 27, 2023 at 7:39 PM Brad M. Behar <bbehar@beharlawfirm.com> wrote:



My firm is counsel to Amazon. The matter raised in the email below has been referred to me.

Thank you for surfacing this. We identified an issue that resulted in the sending of automated Brand Registry enrollment rejection notifications that cited attorney misconduct when the associated attorneys were not sanctioned by the USPTO. We apologize for the confusion, and please feel free to share this email with your clients to confirm that you have not been sanctioned by the USPTO.

Nonetheless, Amazon reserves the right to reject Brand Registry enrollment based on a variety of risk factors that are not related to USPTO sanctions, and this may apply to the trademark applications you've raised to our attention, or others.

Kindly confirm your receipt of this email.