# EXHIBIT 10



Francis Koh <fkohmail@gmail.com>

## [Case ID:13038365451]*Your Case Resolved* Your message to Jeff Bezos RE: FW: USPTO Attorney Status and Amazon Brand Registry
1 message

**escalation-brands@amazon.com** <escalation-brands@amazon.com>  Tue, Jun 20, 2023 at 2:17 PM
To: fkohmail@gmail.com

Hello,

As we have not received a response from you within the requested time frame (72 hours) we will now close this case.

In future, ensure to provide the requested information so we can assist you in a timely manner.

If you have the requested information at some point in the future, create a new case using the current case ID, as reference, and it will be our pleasure to assist.

-- Original Message --

Greetings from Amazon Selling Partner Support Executive Escalation Department.

My name is Melissa. I am a member of the Amazon.com Executive Brand Relations Team, and will serve as your point of contact as we work through resolution of your case. Jeff Bezos received your email and requested that I research this issue and respond on his behalf.

Kindly understand that we need you to communicate what your specific issue is for us to be better able to assist you. We recommend providing your issue in clear terms, such as:

ASIN
***BRAND***
Shipment ID

Please avoid requesting that we refer back to specific Case IDs (since some our support staff do not have visibility into specific cases for security purposes), and communicate effectively to enable us to reply to your issue in a more timely manner. Additionally, reaching out to us with no details initially only further delays the resolution of your case.

When reaching out to our Selling Partner or Brand Registry Support teams (depending on your account type), please be certain to provide:

The URL where the problem was
The error message you came across
Screenshots of the current experience versus the intended experience
Any other detail that will help us know where your issue is actively being seen

Thank you for your understanding. We hope these recommendations enable our staff to help you more effectively.

To see the file named 'F.Koh-Ltr+to+Amz+wExhibits.pdf' included with this correspondence, please use the Seller Central case link given below the signature.

Thank you for selling with Amazon.

Melissa A.
Amazon.com Executive Brand Relations
======================================
Should you have additional inquires or feedback, please contact selling partner support and they will do their very best to support you in a timely manner:
https://sellercentral.amazon.com/help/hub/support

To view your case:
https://sellercentral.amazon.com/cu/case-dashboard/view-case?ref=sc_cd_lobby_vc_v3&ie=UTF&caseID=13038365451

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

To contact us again about this issue, please use the Contact Us form using the following link:
https://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?ie=UTF8&caseID=13038365451

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific interaction.

Were you satisfied with the support provided?

| Very dissatisfied | Dissatisfied | Neutral | Satisfied | Very satisfied |
|---|---|---|---|---|

Case 8:23-cv-01712-PJM   Document 1-12   Filed 06/24/23   Page 4 of 4

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=13038365451

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us