UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     <u>Koh v. Amazon.com, Inc.</u>
        No. 23-cv-1712

DATE:   July 14, 2023

\* \* \*

This is a defamation case initiated in June 2023 by Plaintiff Francis Koh, Esq. against Defendant Amazon.com, Inc. ("Amazon").

On June 28, 2023, Koh filed a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2). After reviewing the Motion, the Court contacted counsel for Amazon, then conducted a telephone conference on July 14, 2023 with Koh and counsel for Amazon. During the conference, the parties and the Court agreed to the following:

1. Koh will withdraw his Motion for Temporary Restraining Order (ECF No. 2). The Motion for Preliminary Injunction will be combined with the merits hearing established in Paragraph 5.

2. Amazon will file a Motion to Dismiss or other preliminary motion no later than August 11, 2023. Koh shall have until August 25, 2023 to file a Response, and Amazon shall have until September 1, 2023 to file a Reply.

3. A hearing on Amazon's anticipated Motion to Dismiss or other preliminary motion is set for September 11, 2023 at 11 a.m. at the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, courtroom to be determined.

4. If the Court denies Amazon's Motion to Dismiss, the parties will immediately begin expedited discovery, pursuant to a scheduling order to be entered by the Court.

5. Pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court will "advance the trial on the merits and consolidate it with the hearing" on Koh's Motion for Preliminary Injunction (ECF No. 2). Accordingly, the matter is set for a one-day trial on December 19, 2023.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record