IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| FRANCIS KOH | * | |
| Plaintiff, | ** | Case No. 23-CV-1712 PJM |
| | * | |
| v. | * | Motion "GRANTED" this 10 day |
| | * | of AUG, 2023. |
| AMAZON.COM, INC., | * | |
| | * | /s/ Peter J. Messitte |
| Defendant. | * | PETER J. MESSITTE |
| | | UNITED STATES DISTRICT JUDGE |

## NOTICE OF DISMISSAL

Plaintiff, Francis Koh ("Plaintiff"), hereby files this Notice of Dismissal pursuant to Federal Rules of Civil Proc., Rule 41(a)(1)(i) and states the following:

1. On July 14, 2023, the parties conducted a phone conference during which the Defendant stipulated to discontinuing the practice of sending email communications, or any similar communication, in which the Plaintiff is characterized as "abusive" to the Plaintiff's clients seeking ABR codes. *See* Exhibit 1, which includes the pertinent transcript of the phone conference.

2. Currently, the Plaintiff is content with the aforementioned stipulation.

WHEREFORE, the Plaintiff voluntarily dismisses this proceeding without prejudice.

Respectfully Submitted,

Dated: August 9, 2023     By:     /s/   Francis Koh

Francis H. Koh

Koh Law Firm, LLC.
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
(301) 881-3600

*Pro Se* Plaintiff

1